IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr120HTW-LRA

DOMINIQUE SECHEREST

ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the indictment with prejudice.

SO ORDERED, this the 6th day of April, 2009.

**s/ HENRY T. WINGATE**
_____
HENRY T. WINGATE
United States Chief District Judge